[No. 145-40735-2.  Division Two.  May 18, 1970.]

THE STATE OF WASHINGTON, *Respondent,* v. LEE ERNEST JOHNSON, *Appellant.*

*Lockett & Johnson* and *William F. Lockett,* for appellant.

*Charles O. Carroll, Prosecuting Attorney,* and *Philip Y. Killien, Deputy,* for respondent.

■ PER CURIAM—Defendant appeals from the conviction of grand larceny. His sole assignment of error challenges the credibility of the complaining witness. It is not our function to reevaluate the credibility of witnesses. The credibility and weight to be attached to the testimony of witnesses is for the trier of fact and not an appellate court. *State v. Hoffman,* 64 Wn.2d 445, 392 P.2d 237 (1964); *State v. Bunch,* 2 Wn. App. 189, 467 P.2d 212 (1970).

Judgment affirmed.